**EXHIBIT "A"**

| IN RE: | § | Case No. 03-43516-H4-7 |
|---|---|---|
| | § | |
| **HHA, LTD,** | § | **(Chapter 7)** |
| | § | |
| **DEBTOR.** | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|
| _____ Small Dividends | | | |
| __X__ Unclaimed Dividends | Claim No. 21<br>Mary Ann Hood<br>5151 Tyrone Avenue<br>Sherman Oaks, CA 91423 | Check #5005 | $ 2,849.75 |
| | Total Unclaimed Dividends | | n/a |
| | Total Small & Unclaimed Dividends | | $ 2,849.75 |